# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
OFFICER JR., JAMES                              §        Case No. 11-38905 JBS
OFFICER, STEPHANIE                              §
                                                §
                        Debtor(s)               §
_____

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on                .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was                   and the deadline for filing governmental claims was                   . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $          as interim compensation and now requests a sum of $              , for a total compensation of $          [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $          , and now requests reimbursement for expenses of $          , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/RONALD R. PETERSON _____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit A

| Case No: | 11-38905 | Judge: HON. JOHN B. SCHMETTERER | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|
| Case Name: | OFFICER JR., JAMES | | | Date Filed (f) or Converted (c): | 09/26/11 (f) |
| | OFFICER, STEPHANIE | | | 341(a) Meeting Date: | 10/21/11 |
| For Period Ending: | 03/20/12 | | | Claims Bar Date: | 03/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 3304 N Pacific Ave Chicago, IL 60634 - (Debtors pr | 149,900.00 | 0.00 | | 0.00 | 0.00 | 185,028.00 | 15,000.00 |
| 2. Checking account with Chase. | 600.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 600.00 |
| 3. Savings account with Chase. | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Household goods; TV, DVD player, TV stand, stereo, | 2,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 2,000.00 |
| 5. Books, Compact Discs, Tapes/Records, Family Pictur | 100.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 100.00 |
| 6. Necessary wearing apparel. | 200.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 200.00 |
| 7. Earrings, watch, costume jewelry, and wedding ring | 300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 300.00 |
| 8. Pension w/ Employer/Former Employer - 100% Exempt. | 0.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 9. Mutual Funds with Chase. | 2,875.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 2,875.00 |
| 10. 1995 Ford Contour with 86,000 miles. | 725.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 2,400.00 |
| 11. 2001 Nissan Altima with 130,000 miles. | 1,725.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 2,400.00 |
| 12. Family Pets: 1 Dog. | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 13. Flood Insurance Recovery (u) | 0.00 | 7,500.00 | | 7,500.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.18 | Unknown | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit A

| Case No: | 11-38905 | Judge: HON. JOHN B. SCHMETTERER | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|
| Case Name: | OFFICER JR., JAMES | | | Date Filed (f) or Converted (c): | 09/26/11 (f) |
| | OFFICER, STEPHANIE | | | 341(a) Meeting Date: | 10/21/11 |
| | | | | Claims Bar Date: | 03/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $158,425.00 | $7,500.00 | | $7,500.18 | $0.00 | $185,028.00 | $25,875.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 30, 2012, 02:43 pm.  After deducting exemption, the case ultimately setttled for $7,500.  Funds are on deposit.

TFR will be filed in the first half of the year.

Allstate settlement for $10M.

RE PROP# 13---Flood Insurance Reocvery after deduction of exemptions

Initial Projected Date of Final Report (TFR): 06/01/12        Current Projected Date of Final Report (TFR): 06/01/12

_____   Date: _____
RONALD R. PETERSON

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-38905 -JBS |
| Case Name: | OFFICER JR., JAMES |
| | OFFICER, STEPHANIE |
| Taxpayer ID No: | *******0789 |
| For Period Ending: | 03/20/12 |

| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9399 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/06/11 | 13 | Geraci Law Office | | 1249-000 | 7,500.00 | | 7,500.00 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 7,500.05 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,500.12 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.84 | 7,490.28 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,490.34 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.90 | 7,481.44 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 7,500.18 | 18.74 | 7,481.44 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,500.18 | 18.74 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,500.18 | 18.74 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******9399 | 7,500.18 | 18.74 | 7,481.44 |
| | 7,500.18 | 18.74 | 7,481.44 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   7,500.18   18.74

UST Form 101-7-TFR (5/1/2011) (Page: 5)   LFORM24   Ver: 16.05d

| | EXHIBIT C | | | |
|---|---|---|---|---|
| Page 1 | ANALYSIS OF CLAIMS REGISTER | | | Date: March 20, 2012 |

Case Number:  11-38905                              Claim Class Sequence
Debtor Name:  OFFICER JR., JAMES

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | Filed 12/12/11 | $0.00 | $2,471.29 | $2,471.29 |
| 000002 070 7100-00 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | Filed 12/12/11 | $0.00 | $5,304.79 | $5,304.79 |
| 000003 070 7100-00 | FIFTH THIRD BANK 9441 LFB FREEWAY,SUITE 350 DALLAS,TEXAS 75243 | Unsecured | Filed 12/13/11 | $0.00 | $1,107.37 | $1,107.37 |
| 000004 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | Filed 12/28/11 | $0.00 | $4,119.01 | $4,119.01 |
| 000005 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | Filed 12/28/11 | $0.00 | $1,261.75 | $1,261.75 |
| 000006 070 7100-00 | Capital One, N.A. c/o Creditors Bankruptcy Service P.O. Box 740933 Dallas, TX 75374 | Unsecured | Filed 12/28/11 | $0.00 | $871.24 | $871.24 |
| 000007 070 7100-00 | Quantum3 Group LLC as agent for World Financial Network National Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured | Filed 12/29/11 | $0.00 | $568.27 | $568.27 |
| 000008 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | Filed 01/09/12 | $0.00 | $3,617.93 | $3,617.93 |
| 000009 070 7100-00 | American InfoSource LP as agent for Target PO Box 248866 Oklahoma City, OK 73124-8866 | Unsecured | Filed 01/09/12 | $0.00 | $1,146.27 | $1,146.27 |
| 000010 070 7100-00 | FIA Card Services NA/Bank of America NA USA/ MBNA America Bank NA PO Box 15102 Wilmington, DE 19886-5102 | Unsecured | Filed 01/13/12 | $0.00 | $303.11 | $303.11 |
| 000011 070 7100-00 | FIA Card Services NA/Bank of America NA USA/ MBNA America Bank NA PO Box 15102 Wilmington, DE 19886-5102 | Unsecured | Filed 01/13/12 | $0.00 | $367.72 | $367.72 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 20, 2012 |
|---|---|---|---|---|---|---|

| Case Number: | 11-38905 | | Claim Class Sequence | | | |
|---|---|---|---|---|---|---|
| Debtor Name: | OFFICER JR., JAMES | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000012<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems<br>Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 02/05/12 | $0.00 | $1,281.40 | $1,281.40 |
| 000013<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems<br>Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 02/05/12 | $0.00 | $895.42 | $895.42 |
| 000014<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems<br>Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 02/05/12 | $0.00 | $855.32 | $855.32 |
| | Case Totals: | | | $0.00 | $24,170.89 | $24,170.89 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-38905 JBS
Case Name: OFFICER JR., JAMES
        OFFICER, STEPHANIE
Trustee Name: RONALD R. PETERSON

Balance on hand                                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000003 | FIFTH THIRD BANK<br>9441 LFB<br>FREEWAY,SUITE 350<br>DALLAS,TEXAS 75243 | $ | $ | $ |
| 000004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000006 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Quantum3 Group LLC as agent for World Financial Network National Bank PO Box 788 Kirkland, WA 98083-0788 | $ | $ | $ |
| 000008 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ | $ | $ |
| 000009 | American InfoSource LP as agent for Target PO Box 248866 Oklahoma City, OK 73124-8866 | $ | $ | $ |
| 000010 | FIA Card Services NA/Bank of America NA USA/ MBNA America Bank NA PO Box 15102 Wilmington, DE 19886-5102 | $ | $ | $ |
| 000011 | FIA Card Services NA/Bank of America NA USA/ MBNA America Bank NA PO Box 15102 Wilmington, DE 19886-5102 | $ | $ | $ |
| 000012 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ | $ | $ |
| 000013 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

     Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

     Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE