# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOLIS
### CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| OFFICER JR., JAMES | § | Case No. 11-38905 JBS |
| OFFICER, STEPHANIE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/31/2012 in Courtroom 682,

UNITED STATES BANKRUPTCY REPORT
219 S. Dearborn St.
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/20/2012         By: UNITED STATES BANKRUPTCY
                                    COURT
                                                    Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOLIS
CHICAGO DIVISION

In re: §
§
OFFICER JR., JAMES § Case No. 11-38905 JBS
OFFICER, STEPHANIE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,500.18 |
| and approved disbursements of | $ | 18.74 |
| leaving a balance on hand of[1] | $ | 7,481.44 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 1,500.02 | $ 0.00 | $ 1,500.02 |
| Trustee Expenses: RONALD R. PETERSON | $ 18.62 | $ 0.00 | $ 18.62 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,518.64 |
| Remaining Balance | | $ | 5,962.80 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,170.89 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 2,471.29 | $ 0.00 | $ 609.65 |
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 5,304.79 | $ 0.00 | $ 1,308.66 |
| 000003 | FIFTH THIRD BANK<br>9441 LFB FREEWAY, SUITE 350<br>DALLAS, TEXAS 75243 | $ 1,107.37 | $ 0.00 | $ 273.18 |
| 000004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 4,119.01 | $ 0.00 | $ 1,016.13 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 1,261.75 | $ 0.00 | $ 311.27 |
| 000006 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | $ 871.24 | $ 0.00 | $ 214.93 |
| 000007 | Quantum3 Group LLC as agent for<br>World Financial Network National Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | $ 568.27 | $ 0.00 | $ 140.19 |
| 000008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 3,617.93 | $ 0.00 | $ 892.52 |
| 000009 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | $ 1,146.27 | $ 0.00 | $ 282.78 |
| 000010 | FIA Card Services NA/Bank of America NA USA/<br>MBNA America Bank NA<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 303.11 | $ 0.00 | $ 74.77 |
| 000011 | FIA Card Services NA/Bank of America NA USA/<br>MBNA America Bank NA<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 367.72 | $ 0.00 | $ 90.71 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 1,281.40 | $ 0.00 | $ 316.11 |
| 000013 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 895.42 | $ 0.00 | $ 220.89 |
| 000014 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 855.32 | $ 0.00 | $ 211.01 |

|   |   |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 5,962.80 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-38905-JBS
James Officer                                                             Chapter 7
Stephanie Officer
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1              Page 1 of 3               Date Rcvd: Apr 19, 2012
                              Form ID: pdf006              Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2012.
```
db/jdb     +James Officer, Jr.,   Stephanie Officer,   3304 N Pacific Ave,   Chicago, IL 60634-2955
17838168   +BANK OF America,    Attn: Bankruptcy Dept.,    Pob 17054,   Wilmington, DE 19884-0001
17838164   +BANK OF America, N.A.,    Attn: Bankruptcy Dept.,    450 American St,   Simi Valley, CA 93065-6285
17838177   +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,   Wilmington, DE 19850-5298
17838176   +CITI,   Attn: Bankruptcy Dept.,    Po Box 6241,   Sioux Falls, SD 57117-6241
18303933   +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,   Dallas, TX 75374-0933
18303502    Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
17838165   +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,   Atlanta, GA 30374-0241
17838166   +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,   Allen, TX 75013-2002
18363014    FIA Card Services NA/Bank of America NA USA/,    MBNA America Bank NA,    PO Box 15102,
             Wilmington, DE 19886-5102
18204755    FIFTH THIRD BANK,    9441 LFB FREEWAY,SUITE 350,   DALLAS,TEXAS 75243
17838173   +Fifth Third BANK,    Attn: Bankruptcy Dept.,    5050 Kingsley Dr,   Cincinnati, OH 45227-1115
17838175   +First Usa,Na,   Attn: Bankruptcy Dept.,    Po Box 15298,   Wilmington, DE 19850-5298
17838182   +GEMB/PAYPAL SMART CONN,    Attn: Bankruptcy Dept.,    777 Long Ridge Rd,   Stamford, CT 06902-1247
17838171   +HSBC BANK,   Attn: Bankruptcy Dept.,    Po Box 5253,   Carol Stream, IL 60197-5253
17838170   +Sears/CBNA,   Attn: Bankruptcy Dept.,    Po Box 6189,   Sioux Falls, SD 57117-6189
17838184   +Target NB,   Attn: Bankruptcy Dept.,    Po Box 673,   Minneapolis, MN 55440-0673
17838167   +Transunion,   Attn: Bankruptcy Dept.,    PO Box 1000,   Chester, PA 19016-1000
17838180   +UNVL/CITI,   Attn: Bankruptcy Dept.,    Po Box 6241,   Sioux Falls, SD 57117-6241
17838181   +Wfnnb/VICTORIAS SECRET,    Attn: Bankruptcy Dept.,    Po Box 182128,   Columbus, OH 43218-2128
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18345114    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 20 2012 08:39:48
             American InfoSource LP as agent for Target,    PO Box 248866,   Oklahoma City, OK  73124-8866
18159325    E-mail/PDF: mrdiscen@discoverfinancial.com Apr 20 2012 03:19:45     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
17838179   +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 20 2012 03:19:45     Discover FIN SVCS LLC,
             Attn: Bankruptcy Dept.,    Po Box 15316,   Wilmington, DE 19850-5316
18443559    E-mail/PDF: rmscedi@recoverycorp.com Apr 20 2012 08:21:02     GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
17838174   +E-mail/PDF: gecsedi@recoverycorp.com Apr 20 2012 02:25:02     GEMB/Gapdc,
             Attn: Bankruptcy Dept.,    Po Box 981400,   El Paso, TX 79998-1400
17838172   +E-mail/PDF: gecsedi@recoverycorp.com Apr 20 2012 02:25:02     GEMB/OLD NAVY,
             Attn: Bankruptcy Dept.,    Po Box 981400,   El Paso, TX 79998-1400
17838183   +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 20 2012 01:14:13     Kohls/Capone,
             Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
18313051    E-mail/Text: bnc-quantum@quantum3group.com Apr 20 2012 08:58:23
             Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
             Kirkland, WA  98083-0788
                                                                                              TOTAL: 8
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17838185*    +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,   Wilmington, DE 19850-5298
17838178*    +CITI,   Attn: Bankruptcy Dept.,    Po Box 6241,   Sioux Falls, SD 57117-6241
17838186*    +Discover FIN SVCS LLC,    Attn: Bankruptcy Dept.,    Po Box 15316,   Wilmington, DE 19850-5316
17838169    ##+BANK OF America,    Attn: Bankruptcy Dept.,    Po Box 1598,   Norfolk, VA 23501-1598
                                                                                   TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: cmendoza1            Page 2 of 3              Date Rcvd: Apr 19, 2012
                              Form ID: pdf006            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: cmendoza1           Page 3 of 3           Date Rcvd: Apr 19, 2012
                              Form ID: pdf006           Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2012 at the address(es) listed below:
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com
          Wylie W Mok    on behalf of Debtor James Officer ndil@geracilaw.com
                                                                         TOTAL: 3