UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| OFFICER JR., JAMES | § | Case No. 11-38905 JBS |
| OFFICER, STEPHANIE | § § | |
| Debtor(s) | § § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|                                                                           | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---------------------------------------------------------------------------|------------------|-----------------|----------------|-------------|
| SECURED CLAIMS (from **Exhibit 3**)                                        | $                | $               | $              | $           |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**)  |                  |                 |                |             |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**)                |                  |                 |                |             |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**)                            |                  |                 |                |             |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**)                             |                  |                 |                |             |
| **TOTAL DISBURSEMENTS**                                                    | $                | $               | $              | $           |

   4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____  By:/s/RONALD R. PETERSON_____
                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | | | | | |
| RONALD R. PETERSON | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 BANK OF America Attn: Bankruptcy Dept. Pob 17054 Wilmington DE 19884 | | | | | |
| | 10 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 11 Fifth Third BANK Attn: Bankruptcy Dept. 5050 Kingsley Dr Cincinnati OH 45263 | | | | | |
| | 12 First Usa,Na Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 13 GEMB/Gapdc Attn: Bankruptcy Dept. Po Box 981400 El Paso TX 79998 | | | | | |
| | 14 GEMB/OLD NAVY Attn: Bankruptcy Dept. Po Box 981400 El Paso TX 79998 | | | | | |
| | 15 GEMB/PAYPAL SMART CONN Attn: Bankruptcy Dept. 777 Long Ridge Rd Stamford CT 06902 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 16 HSBC BANK Attn: Bankruptcy Dept. Po Box 5253 Carol Stream IL 60197 | | | | | |
| | 17 Kohls/Capone Attn: Bankruptcy Dept. N56 W 17000 Ridgewood Dr Menomonee Falls WI 53051 | | | | | |
| | 18 Sears/CBNA Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | | | | |
| | 19 Target NB Attn: Bankruptcy Dept. Po Box 673 Minneapolis MN 55440 | | | | | |
| | 2 BANK OF America Attn: Bankruptcy Dept. Po Box 1598 Norfolk VA 23501 | | | | | |
| | 20 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 21 UNVL/CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 22 Wfnnb/VICTORIAS SECRET Attn: Bankruptcy Dept. Po Box 182128 Columbus OH 43218 | | | | | |
| | 3 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 4 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 5 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |
| | 6 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |
| | 7 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 | | | | | |
| | 8 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 9 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| 000009 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000006 | CAPITAL ONE, N.A. | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000011 | FIA CARD SERVICES NA/BANK OF AMERIC | | | | | |
| 000010 | FIA CARD SERVICES NA/BANK OF AMERIC | | | | | |
| 000003 | FIFTH THIRD BANK | | | | | |
| 000014 | GE CAPITAL RETAIL BANK | | | | | |
| 000013 | GE CAPITAL RETAIL BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | GE CAPITAL RETAIL BANK | | | | | |
| 000007 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-38905 | Judge: HON. JOHN B. SCHMETTERER | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|
| Case Name: | OFFICER JR., JAMES | | | Date Filed (f) or Converted (c): | 09/26/11 (f) |
| | OFFICER, STEPHANIE | | | 341(a) Meeting Date: | 10/21/11 |
| For Period Ending: | 08/22/12 | | | Claims Bar Date: | 03/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 3304 N Pacific Ave Chicago, IL 60634 - (Debtors pr | 149,900.00 | 0.00 | | 0.00 | 0.00 | 185,028.00 | 15,000.00 |
| 2. Checking account with Chase. | 600.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 600.00 |
| 3. Savings account with Chase. | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Household goods; TV, DVD player, TV stand, stereo, | 2,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 2,000.00 |
| 5. Books, Compact Discs, Tapes/Records, Family Pictur | 100.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 100.00 |
| 6. Necessary wearing apparel. | 200.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 200.00 |
| 7. Earrings, watch, costume jewelry, and wedding ring | 300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 300.00 |
| 8. Pension w/ Employer/Former Employer - 100% Exempt. | 0.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 9. Mutual Funds with Chase. | 2,875.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 2,875.00 |
| 10. 1995 Ford Contour with 86,000 miles. | 725.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 2,400.00 |
| 11. 2001 Nissan Altima with 130,000 miles. | 1,725.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 2,400.00 |
| 12. Family Pets: 1 Dog. | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 13. Flood Insurance Recovery (u) | 0.00 | 7,500.00 | | 7,500.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.37 | Unknown | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 11-38905 | Judge: HON. JOHN B. SCHMETTERER | | | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | OFFICER JR., JAMES | | | | | Date Filed (f) or Converted (c): | 09/26/11 (f) |
| | OFFICER, STEPHANIE | | | | | 341(a) Meeting Date: | 10/21/11 |
| | | | | | | Claims Bar Date: | 03/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $158,425.00 | $7,500.00 | | $7,500.37 | $0.00 | $185,028.00 | $25,875.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 30, 2012, 02:43 pm.  After deducting exemption, the case ultimately setttled for $7,500.  Funds are on deposit.

TFR will be filed in the first half of the year.

Allstate settlement for $10M.

RE PROP# 13---Flood Insurance Reocvery after deduction of exemptions

Initial Projected Date of Final Report (TFR): 06/01/12      Current Projected Date of Final Report (TFR): 06/01/12

_____   Date: _____
RONALD R. PETERSON

**FORM 2**  
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-38905 -JBS | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | OFFICER JR., JAMES | | Bank Name: | BANK OF AMERICA, N.A. |
| | OFFICER, STEPHANIE | | Account Number / CD #: | *******9399 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0789 | | | |
| For Period Ending: | 08/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/06/11 | 13 | Geraci Law Office | | 1249-000 | 7,500.00 | | 7,500.00 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 7,500.05 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,500.12 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.84 | 7,490.28 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,490.34 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.90 | 7,481.44 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,481.50 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,481.56 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,481.62 |
| 06/06/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 7,481.63 |
| 06/06/12 | | Transfer to Acct #*******9784 | Final Posting Transfer | 9999-000 | | 7,481.63 | 0.00 |

| | | | COLUMN TOTALS | | 7,500.37 | 7,500.37 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 7,481.63 | |
| | | | Subtotal | | 7,500.37 | 18.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,500.37 | 18.74 | |

Page Subtotals       7,500.37        7,500.37

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-38905 -JBS | |
| Case Name: | OFFICER JR., JAMES | |
| | OFFICER, STEPHANIE | |
| Taxpayer ID No: | *******0789 | |
| For Period Ending: | 08/22/12 | |

| | | |
|---|---|---|
| Trustee Name: | RONALD R. PETERSON | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******9784 BofA - Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/06/12 | | Transfer from Acct #*******9399 | Transfer In From MMA Account | 9999-000 | 7,481.63 | | 7,481.63 |
| 06/06/12 | 003001 | Ronald R. Peterson | Trustee Fees | 2100-000 | | 1,500.02 | 5,981.61 |
| 06/06/12 | 003002 | Ronald R. Peterson | Trustee Expenses | 2200-000 | | 18.62 | 5,962.99 |
| 06/06/12 | 003003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution | 7100-000 | | 609.67 | 5,353.32 |
| 06/06/12 | 003004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution | 7100-000 | | 1,308.70 | 4,044.62 |
| 06/06/12 | 003005 | FIFTH THIRD BANK<br>9441 LFB FREEWAY,SUITE 350<br>DALLAS,TEXAS 75243 | Final distribution | 7100-000 | | 273.19 | 3,771.43 |
| 06/06/12 | 003006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final distribution | 7100-000 | | 1,016.17 | 2,755.26 |
| * 06/06/12 | 003007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | | 7100-003 | | 2,443.99 | 311.27 |
| * 06/06/12 | 003007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | VOID<br>Wrote the check for the balance, not the distribution | 7100-003 | | -2,443.99 | 2,755.26 |
| 06/06/12 | 003008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final distribution | 7100-000 | | 311.27 | 2,443.99 |
| 06/06/12 | 003009 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933 | Final distribution | 7100-000 | | 214.94 | 2,229.05 |

Page Subtotals 7,481.63 5,252.58

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 11-38905 -JBS | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | OFFICER JR., JAMES | | Bank Name: | BANK OF AMERICA, N.A. |
| | OFFICER, STEPHANIE | | Account Number / CD #: | *******9784  BofA - Checking Account |
| Taxpayer ID No: | *******0789 | | | |
| For Period Ending: | 08/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Dallas, TX 75374 | | | | | |
| 06/06/12 | 003010 | Quantum3 Group LLC as agent for<br>World Financial Network National Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Final distribution | 7100-000 | | 140.19 | 2,088.86 |
| 06/06/12 | 003011 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final distribution | 7100-000 | | 892.55 | 1,196.31 |
| 06/06/12 | 003012 | American InfoSource LP<br> as agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Final distribution | 7100-000 | | 282.79 | 913.52 |
| 06/06/12 | 003013 | FIA Card Services<br> NA/Bank of America NA USA/<br>MBNA America Bank NA<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Final distribution | 7100-000 | | 74.78 | 838.74 |
| 06/06/12 | 003014 | FIA Card Services NA<br>/Bank of America NA USA/<br>MBNA America Bank NA<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Final distribution | 7100-000 | | 90.71 | 748.03 |
| 06/06/12 | 003015 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Final distribution | 7100-000 | | 316.12 | 431.91 |
| 06/06/12 | 003016 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Final distribution | 7100-000 | | 220.90 | 211.01 |

Page Subtotals       0.00       2,018.04

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-38905 -JBS |
| Case Name: | OFFICER JR., JAMES |
| | OFFICER, STEPHANIE |
| Taxpayer ID No: | *******0789 |
| For Period Ending: | 08/22/12 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9784 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/06/12 | 003017 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | | 7100-000 | | 211.01 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 7,481.63 | 7,481.63 | 0.00 |
| Less: Bank Transfers/CD's | 7,481.63 | 0.00 | |
| Subtotal | 0.00 | 7,481.63 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 7,481.63 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********9399 | 7,500.37 | 18.74 | 0.00 |
| BofA - Checking Account - ********9784 | 0.00 | 7,481.63 | 0.00 |
| | 7,500.37 | 7,500.37 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     211.01

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*